UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| VULCAN MATERIALS COMPANY, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER 89-778 |
| ASCENSION PARISH, ET AL. | SECTION "B" |
| | JUDGE: FRANK J. POLOZOLA |
| | MAG.: STEPHEN REIDLINGER |

## MOTION TO DISMISS, WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come VULCAN MATERIALS COMPANY; UNIROYAL CHEMICAL COMPANY, INC.; NOVARTIS CROP PROTECTION, INC. (successor in interest to CIBA-GEIGY CORPORATION); AND MONOCHEM, INC., (collectively referred to as "Plaintiffs"), who jointly and respectfully inform this Honorable Court that it is plaintiffs' desire to Dismiss, Without Prejudice, the Defendants, CLEVE C. REBER and ENVIRONMENTAL CONTROLS COMPANY OF LA, INC., from this litigation. Due to Plaintiffs' reservation of rights, this dismissal will not affect any other claims, rights, and causes of action of the Plaintiffs which have been, or may be, made against any other person who has or has not been made a party in the captioned matter, specifically including, but not limited to, Browning-Ferris Industries, Inc., or any of its predecessors (including, but not limited to, Industrial Waste Disposal and Gulf Disposal, Inc.).



**WHEREFORE**, Plaintiff's pray for an Order of Dismissal, without prejudice, of the Defendants, CLEVE C. REBER and ENVIRONMENTAL CONTROLS COMPANY OF LA, INC. from this litigation, with each party to bear its own respective costs.

Respectfully Submitted:

**ADAMS AND REESE LLP**

Warren E. Byrd, II (#3743)
Bank One Centre - 19th Floor - North Tower
451 Florida Street
Baton Rouge, LA 70801
Telephone: (504) 336-5200
*Attorneys for Plaintiffs*