FILED
U.S. DIST. COURT
MIDDLE DISTRICT OF LA.

98 AUG 25 PM 2:28

RICHARD T. MARTIN
CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VULCAN MATERIALS COMPANY, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER 89-778 |
| ASCENSION PARISH, ET AL. | SECTION "B" |
| | JUDGE: FRANK J. POLOZOLA |
| | MAG. STEPHEN REIDLINGER |

### ORDER

Considering the foregoing Motion to Dismiss, Without Prejudice:

**IT IS ORDERED** that all of Plaintiffs' claims against CLEVE C. REBER and ENVIRONMENTAL CONTROLS COMPANY OF LA, INC., in the above-captioned civil action be, and they are hereby, Dismissed, Without Prejudice.

**IT IS FURTHER ORDERED**, due to Plaintiffs' reservation of rights, that this Dismissal, Without Prejudice, will not affect any other claims, rights and causes of action which Plaintiffs have made, or may make, against any other person who has or has not been made a party in the captioned matter.

Baton Rouge, Louisiana this 25 day of August, 1998.

_____
HONORABLE FRANK J. POLOZOLA, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FJP
DM
Leblanc
Laiche
Buckley

Walter
Marchand

DKT. & ENTERED
DATE 8/25/98
NOTICE MAILED TO
DATE_____ BY___